# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA GARCIA,<br><br>     Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>     Defendant. | Case No. 1:13-cv-01220-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>ECF NO. 2 |

Plaintiff Patricia Garcia ("Plaintiff") filed an application to proceed in forma pauperis in this action on August 5, 2013. (ECF No. 2.) Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is GRANTED;
2. The Clerk of the Court is directed to issue a summons; and
3. The United States marshal is directed to serve a copy of the complaint, summons and this order upon the defendant as directed by Plaintiff.

IT IS SO ORDERED.

Dated:   **August 6, 2013**

UNITED STATES MAGISTRATE JUDGE