# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA GARCIA,<br><br>            Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No.  1:13-cv-01220-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>ECF NO. 2 |

Plaintiff Patricia Garcia ("Plaintiff") filed an application to proceed <u>in forma pauperis</u> in this action on August 5, 2013.  (ECF No. 2.)  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, it is HEREBY ORDERED that:

1.       Plaintiff's application to proceed <u>in forma pauperis</u> is GRANTED;

2.       The Clerk of the Court is directed to issue a summons; and

3.       The United States marshal is directed to serve a copy of the complaint, summons and this order upon the defendant as directed by Plaintiff.

IT IS SO ORDERED.

Dated:   **August 6, 2013**                           _____
                                                           UNITED STATES MAGISTRATE JUDGE

1